IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

**v.**                                          **CAUSE NO. 1:95-CV-005-LG-JMR**

**HARRISON COUNTY, MISSISSIPPI et al.**                  **DEFENDANTS**

### AGREED ORDER OF FINAL DISMISSAL
### AND TERMINATION OF CONSENT JUDGMENT

BEFORE THE COURT is the Joint Motion [144] for Final Dismissal filed by Harrison County, Mississippi, and Harrison County Sheriff, Melvin T. Brisolara, requesting termination of the Consent Judgment entered in this case on January 12, 1995. According to the Motion, "Defendants have substantially complied with the terms and objectives of the Consent Judgment." The parties jointly seek dismissal of this matter pursuant to paragraph 44 of the Consent Judgment [2]. The Motion has been endorsed by counsel for the parties to the Consent Judgment.

On August 12, 2015, the Court conducted a telephonic hearing upon the Motion. Counsel for Harrison County, Mississippi; Sheriff, Melvin T. Brisolara; the United States Attorney for the Southern District of Mississippi; and the United States Department of Justice, Civil Rights Division, Special Litigation Section appeared and were heard. After due consideration of the Motion and the comments of counsel for the parties, the Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Joint Motion

to Dismiss [144] is **GRANTED**.  The Consent Judgment entered in this case on January 12, 1995, is hereby terminated and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2015.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE